UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE CLAYVION CLEVER WINN,

    Plaintiff.

                                  Case No. 25-cv-51209
                                  Hon. Matthew F. Leitman

_____/

## ORDER OF SUMMARY DISMISSAL

On September 24, 2025, Clayvion Clever Winn filed with the Clerk of this Court a document he titled Treaty of Amity and Commerce. (*See* ECF No. 1, PageID.1.)  He attached to that filing eight exhibits.  Those exhibits appear to be unrelated public and personal documents, including a copy of the 1778 Treaty of Amity and Commerce Between the United States and France, financial documents, and copies of papers submitted to state courts and government agencies.  The Court cannot discern from these documents an available action or claim upon which Winn may proceed.  The Court therefore **SUMMARILY DISMISSES** this action.

      **IT IS SO ORDERED**.

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager